UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARINA PEREZ, *Individually and as Parent and Natural Guardian of C.P.*,

        Plaintiff,

-against-

MEISHA PORTER, *in her Official Capacity as the Chancellor of the New York City Department of Education*, and NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendants.

------------------------------------------------------------X

21 **CIVIL** 10415 (VSB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 3, 2025, Perez's objections are OVERRULED, and Judge Wang's Report is ADOPTED in its entirety. Accordingly, Perez's motion for summary judgment is DENIED, and the DOE's cross-motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York
       January 3, 2025

                                     **TAMMI M. HELLWIG**
                                     **Clerk of Court**

**BY:** _____
                                      **Deputy Clerk**